```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :

              Plaintiff,             :

         - v. -                      :

ALL RIGHT, TITLE AND INTEREST        :   NOTICE OF COMPLAINT
IN REAL PROPERTY AND APPURTENANCES       FOR FORFEITURE AGAINST
LOCATED AT ███████████████████████ , :   REAL PROPERTY
PORT ST. LUCIE, FLORIDA
                                     :   07 CV 7927 (JGK)
and
                                     :
ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND APPURTENANCES   :
LOCATED AT 410 FAIRFIELD DRIVE,
SANFORD, FLORIDA,                    :

              Defendants-in-rem.     :
------------------------------------x
```

TO:  Judith Leekin

A civil complaint seeking forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 985 was filed on September 10, 2007 in the United States District Court for the Southern District of New York by Alexander J. Willscher and Rua M. Kelly, Assistant United States Attorneys on behalf of the United States of America, plaintiff, against the defendant real properties. The complaint alleges that said property may, for the causes stated in the complaint, be condemned as forfeited to the United States.

In order to avoid forfeiture of the property, any person claiming an interest in, or right against, the property must file a verified Statement of Interest or Right identifying the interest in, or right against, the property in the manner set forth in Rule

G(5)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, except that in no event may such Statement of Interest or Right be filed later than 35 days after the date on this notice of the complaint or, as applicable, the date of final publication of notice of the filing of the complaint. In addition, any person having filed such a Statement of Interest or Right must also file an answer to the complaint not later than 20 days after the filing of the Statement. Claims should be filed with the Office of the Clerk, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007 with a copy thereof sent to Assistant United States Attorney, Rua M. Kelly, One St. Andrews Plaza, New York, New York 10007.

In accordance with 18 U.S.C. § 985, this Notice shall be posted on the defendant property and served on the property owner, along with a copy of the Complaint for Forfeiture.

Dated:   New York, New York
         September 10, 2007

                              MICHAEL J. GARCIA
                              United States Attorney for the Plaintiff
                              United States of America

                         By:  /s/ Rua M. Kelly
                              Rua M. Kelly (MA-643351)
                              Alexander J. Willscher (NH-15313)
                              Assistant United States Attorney
                              One St. Andrew's Plaza
                              New York, New York 10007
                              Telephone No.: (212) 637-2471/2736