MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: RUA M. KELLY (MA 643351)
    ALEXANDER J. WILLSCHER (NH 15313)
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2471

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

  -against-

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND APPURTENANCES
LOCATED AT [REDACTED],
PORT ST. LUCIE, FLORIDA

and

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND APPURTENANCES
LOCATED AT 410 FAIRFIELD DRIVE,
SANFORD, FLORIDA,

        Defendant-*in-rem*.

---

ORDER TO SHOW CAUSE

07 CV 7927 (JGK)

    Upon the motion of plaintiff United States of America for a default judgment and upon the annexed Declaration of Rua M. Kelly and Alexander J. Willscher, Assistant United States Attorneys, together with all exhibits attached thereto, it is hereby:

    ORDERED that Assistant United States Attorneys Rua M. Kelly and Alexander J. Willscher and any individuals and entities who wish to oppose plaintiff's claim for forfeiture and assert an

interest in the defendants-*in-rem* properties appear before the Honorable John G. Koeltl, United States District Judge, Southern District of New York, in Courtroom 12B of the United States Courthouse, 500 Pearl Street, New York, New York, at 2:30 p.m. on the 1st day of February, 2008, to show cause why a default judgment should not be entered and the defendants-*in-rem* properties forfeited to the plaintiff United States of America according to law; and it is further

ORDERED that a copy of this Order and the papers upon which it is based shall be served by January 14, 2008, upon any individual and/or entity known by the plaintiff to have an alleged interest in the defendants-*in-rem* by certified mail or Federal Express.

Dated:   New York, New York
         January 11, 2008

_____
HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

## AFFIDAVIT OF SERVICE

I, Karyn Leon-Matovick affirm under penalty of perjury pursuant to 28 U.S.C. § 1746 the following:

I am employed with FSA in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York.

That on January  , 2008 a copy of the Judge's Order to Show Cause, the Clerk's Certification, the Government's proposed Default Judgment and the Government's Declaration in Support of Default Judgment was mailed by certified mail, return receipt requested to:

    Judith Leekin
    
    Port St. Lucie, Florida 34953

    Judith Leekin
    410 Fairfield Drive,
    Sanford, Florida 32771

Executed on: January  , 2008
                New York, New York

                                        KARYN LEON-MATOVICK