UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

   -against-

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND APPURTENANCES
LOCATED AT ███████████ ,
PORT ST. LUCIE, FLORIDA

and

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND APPURTENANCES
LOCATED AT 410 FAIRFIELD DRIVE,
SANFORD, FLORIDA,

        Defendant-*in-rem*.

PROOF OF SERVICE

07 CV 7927 (JGK)

Karyn Leon-Matovick deposes and says:

I am employed with FSA in the Office of the United States Attorney for the Southern District of New York.

That on January 14, 2008, I served a copy of the Judge's Order to Show Cause, the Clerk's Certification, the Government's proposed Default Judgment and the Government's Declaration in Support of Default Judgment via certified mail, return receipt requested to:

Judith Leekin
███████████ ,
Port St. Lucie, Florida 34953

Judith Leekin
410 Fairfield Drive,
Sanford, Florida 32771

I declare under penalty of perjury that the foregoing is true and correct.   28 U.S.C. § 1746.

Dated: January 30, 2008
      New York, New York

KARYN LEON-MATOVICK