MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:  RUA M. KELLY (MA 643351)
     ALEXANDER J. WILLSCHER (NH 15313)
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2471

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :

          Plaintiff,                 :

     - v. -                          :

ALL RIGHT, TITLE AND INTEREST        :      DEFAULT JUDGMENT
IN REAL PROPERTY AND APPURTENANCES          07 CV 7927 (JGK)
LOCATED AT ███████████████████████ , :
PORT ST. LUCIE, FLORIDA
                                     :
and
                                     :
ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND APPURTENANCES   :
LOCATED AT 410 FAIRFIELD DRIVE,
SANFORD, FLORIDA,                    :

          Defendants-in-rem.         :
------------------------------------x

     WHEREAS, on September 10, 2007, the United States commenced a civil action for the forfeiture of the above-referenced defendants-in-rem ("defendant property") by the filing of a verified complaint;

     WHEREAS, On September 10, 2007 and September 20, 2007 notice letters of the verified complaint were sent by certified mail, return receipt requested, to: Judith Leekin, █████ ██████████████████, Port St. Lucie, Florida 34953 and 410 Fairfield

Drive, Sanford, Florida 32771. On September 27, 2007, notice of the verified complaint was also sent to Mario Garcia, Esq., as attorney for Judith Leekin, via facsimile service; notifying them that they may have an interest in this action, and of their right to file a claim and answer and contest the forfeiture;

WHEREAS, the foregoing are the only persons known by the Government to have a potential interest in the defendant property;

WHEREAS, notice of the Verified Complaint and <u>in rem</u> warrant against the defendant account was published in the <u>New York Law Journal</u> once in each of the three successive weeks beginning on October 12, 2007, and proof of such publication was filed with the Clerk of this Court on December 7, 2007;

WHEREAS, no claims or answers were filed or made in this action, and no parties have appeared to contest the action to date, and requisite time periods have expired;

NOW THEREFORE, on the motion of Michael J. Garcia, United States Attorney for the Southern District of New York, attorneys for the plaintiff United States of America, Rua M. Kelly and Alexander J. Willscher of counsel;

IT IS HEREBY ORDERED that:

1.  Plaintiff United States of America shall have judgment by default against the defendant property.

2. The defendant property be, and the same hereby is, forfeited to the plaintiff United States of America.

3. The United States Marshals Service shall dispose of the defendant property, according to law.

Dated:  New York, New York
~~January~~    ~~,~~ 2008

February 1, 2008

SO ORDERED:

*/s/ John G. Koeltl*
HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

The Clerk is directed to enter this Default Judgment and to close this Case. So Ordered.

*/s/ John G. Koeltl*
2/1/08   U.S.D.J.