Rec'd via e-mail 7/8/08

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 07 Civ. 7927 (JGK) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| A/R/T/I in Real Property...et al. | Notice of Publication |

**SERVE** ▶ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Wendy Springer, USMS

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

301 N. Miami Ave., Rm. 205, Miami, FL 33128

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA
NEW YORK, NY 10007-1703
ATTENTION: FSA Paralegal/Karyn Leon-Matovick

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold                                                                                                                    Fold

Please publish the attached notice of publication once a week for three consecutive weeks in the Fort Pierce Review.

USAO#2007V01499  CATS# 07-FBI-004667

| Signature of Attorney or other Originator requesting service on behalf of: | x PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| AUSA RUA KELLY | | 212-637-2471 | 7/8/08 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 54 | District to Serve No. 4 | Signature of Authorized USMS Deputy or Clerk | Date 7-8-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service 8/4/08 | Time 12:00 pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
Published in the Fort Pierce Tribune on 7/21/08, 7/28/08 and 8/4/08.

| PRIOR EDITIONS MAY BE USED | FORM USM-285 |



# SCRIPPS TREASURE COAST NEWSPAPERS
## Fort Pierce Tribune
600 Edwards Road, Fort Pierce, FL 34982

## AFFIDAVIT OF PUBLICATION

STATE OF FLORIDA
COUNTY OF ST. LUCIE

Before the undersigned authority personally appeared, S. Darlene Broeg, who on oath says that she is Classified Inside Sales Manager of the Fort Pierce Tribune, a daily newspaper published at Fort Pierce in St. Lucie County, Florida: that the attached copy of advertisement was published in the Fort Pierce Tribune in the following issues below. Affiant further says that the said Fort Pierce Tribune is a newspaper published in Fort Pierce, in said St. Lucie County, Florida, and that said newspaper has heretofore been continuously published in said St. Lucie County, Florida, daily and distributed in said St. Lucie County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that she has neither paid or promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper. The Fort Pierce Tribune has been entered as Periodical Matter at the Post Offices in Fort Pierce, St. Lucie County, Florida and has been for a period of one year next preceding the first publication of the attached copy of advertisement.

| Customer | Ad Number | Pub Date | Copyline | PO # |
|---|---|---|---|---|
| U.S. MARSHALS SERVICE | 1873221 | 7/21/2008 | NOTICE OF FORFEITURE | CIVIL FORFEITURE |
| U.S. MARSHALS SERVICE | | 7/28/2008 | | |
| U.S. MARSHALS SERVICE | | 8/4/2008 | | |

**NEWSPAPER E-Sheet®**
**LEGAL NOTICE**
**ATTACHED**
*********************
**DO NOT**
**SEPARATE PAGES**

Subscribed and sworn to me before this date:

August 04, 2008

*S. Darlene Broeg*

_____
Notary Public

MARY T. BYRNE
Notary Public - State of Florida
My Commission Expires Aug 2, 2010
Commission # DD 544327
Bonded By National Notary Assn.

ORIGINAL

Newspaper tearsheet/E-Sheet proof from Scripps Treasure Coast Newspapers (News/Press-Tribune • Jupiter Courier • Sebastian Sun), Publication Date: 08/04/2008. Ad Number: 1873221. Insertion Number: (blank). Size: 1 x 117. Color Type: B&W. Client Name: (blank). Advertiser: /PO# CIVIL FORFEITURE Transient. Section/Page/Zone: Classified/D08/Fort Pierce Tribune. Description: USA-33S-100-NOTICE O. This E-Sheet(R) is provided as conclusive evidence that the ad appeared in Treasure Coast News/Press-Tribune on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

Page image shows D8 Scripps Treasure Coast Newspapers, Monday, August 4, 2008, TCPALM.COM Classified — classified listings (Import Automobiles, Sport Utility, Trucks, Vans, Antique and Classic Cars, Vehicles Wanted, Services & Parts, Utility Trailers, Legals, Notice of Foreclosure Sale listings).

Case 1:07-cv-07927-JGK    Document 9    Filed 09/05/2008    Page 3 of 3